DISTRICT COURT.                                JULY 17, 1862.
                    ADMIRALTY.

## THE ROWENA AND CARGO.

Blockade.   Condemnation.

### PRIZE.

### SENTENCE.

## CADWALADER, J.

I, John Cadwalader, Judge of the District Court of the United States for the Eastern District of Pennsylvania, duly authorized under the Constitution and laws of the United States to hear and determine in the said district all causes and complaints as to ships or vessels, etc., seized as prize, having heard and considered the merits and circumstances of a certain cause or proceeding respecting the capture of a

certain schooner called the Rowena, whereof Edward Ward
was master, captured on the 7th day of June, A. D. 1862, on
the high seas by the United States gunboat Pembina, of the
Navy of the United States, and brought into the port of
Philadelphia in the said district, which cause or proceeding
was lately and still is depending before me; and the said
cause having come up on the application of the Attorney of
the United States for the condemnation of the said schooner
and cargo, and it appearing to the Court that three several
proclamations had been made, that if any one hath aught to
say why the said vessel and cargo should not be condemned
he may appear and be heard, and no claimant having inter-
vened and the case having been considered upon the libel
filed therein and the examination in preparatorio and the
papers and documents found on board of the said vessel at
the time of her capture; and it appearing from and by the
said examinations that the capture was made on the 7th day
of June, 1862, in Stono Inlet, South Carolina, which was then
and there under blockade about three miles inside the en-
trance of said inlet, the said schooner having sailed from the
port of Nassau for the blockaded port of Charleston or some
of the neighboring inlets, but with a falsified and fraudulent
destination to St. Johns, New Brunswick, the premises and
other matters appearing from the said preparatory proofs
and from the said papers having been duly considered; I, the
said Judge, was of opinion that the said vessel and cargo
were confiscable and liable to condemnation as prize of war.
Wherefore it was on this 17th day of July, 1862, adjudged
and decreed that the said vessel and her cargo should be and
the same are hereby condemned as property of enemies of
the United States or otherwise confiscable as lawful prize.

And on like motion, it is ordered, adjudged and decreed
that the said schooner Rowena, her tackle, apparel and furni-
ture and the cargo laden on board thereof be sold by the
marshal pursuant to the course and practice of this court, and
that he pay the proceeds thereof into the registry of the court
to abide its order and direction.